## SMITH *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 52, September Term, 1964.]

*Decided December 7, 1964.*

Before the entire Court.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons assigned by Judge Carter in the court below.

*Application denied.*